# United States District Court
## *Southern District of Georgia*

JAMES ALLEN McKENZIE

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV614-64

WARDEN STANLEY WILLIAMS;
CERT. OFFICER ATTICAL;
SERGEANT GRIFFIN; and
OFFICER SANTIAGO

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated October 2, 2014, adopting the Report and Recommendation of the Magistrate Judge as the opinion of this Court; dismissing this case. This action stands closed.



October 2, 2014     Scott L. Poff
*Date*     Clerk

(By) Deputy Clerk